RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM HOLDINGS AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT (SECOND AMENDED COMPLAINT)** |

IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that pursuant to FRCP 15 that Plaintiff be allowed to amend his Complaint (Second Amended Complaint) in this matter to substitute Fujifilm North America Corporation, in the stead of Defendant Fujifilm Holdings America Corporation in the instant matter as indicated in the attached Proposed Second Amended Complaint.

DATED this ___ day of February, 2015.

| LADAH LAW FIRM | STEPHENSON & DICKINSON |
|---|---|
| _/s/_ | _/s/_ |
| RAMZY PAUL LADAH, ESQ.<br>Nevada Bar No. 11405<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No. 4911<br>517 S. Third Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | MICHAEL HOTTMAN, ESQ.<br>2820 W. Charleston Blvd., Ste. 19<br>Las Vegas, NV 89102-1942<br>Attorneys for Defendants<br>JAY D. ROBERTS and<br>FUJIFILM HOLDINGS |

2001331

**ORDER**

Based upon the foregoing Stipulation and Order to Amend Complaint (Second Amended Complaint). IT IS SO ORDERED.

DATED February 6, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
**LADAH LAW FIRM**

RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
517 S. Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff