BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO PROVIDE LOCAL RULE 26-3 JOINT INTERIM STATUS REPORT** |

IT IS HEREBY STIPULATED AND AGREED, by Defendants JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION ("Fujifilm"); and Plaintiff MUHAMMED IMRAN, by and through their undersigned counsel, that the current deadline to provide the Local Rule 26-3 Joint Interim Status Report be extended five days until August 28, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The reason for the extension is that because the undersigned counsel is currently preparing for a deposition in another case and drafting a reply in support of a summary judgment motion in a third case; he has been unable to participate in drafting the status report.

| DATED this 24th day of August, 2015. | DATED this 24th day of August, 2015. |
|---|---|
| _____/s/ Michael Hottman_____<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P:  702-474-7229<br>F:  702-474-7237<br>*Attorney for Defendants* | _____/s/ Anthony Ashby_____<br>RAMZY LADAH, ESQ.<br>Nevada Bar No.:  011405<br>ANTHONY ASHBY, ESQ<br>Nevada Bar No.:  004911<br>LADAH LAW FIRM<br>517 S. Third Street<br>Las Vegas, NV  89101<br>T:  702-252-0055<br>F:  702-248-0055<br>*Attorneys for Plaintiff* |

**ORDER**

**It is so ordered.**

DATED this 25th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2