1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  JACQUELYN M. FRANCO, ESQ.
   Nevada Bar No. 13484
4  **STEPHENSON & DICKINSON, P.C.**
5  2820 West Charleston Boulevard, Suite B-19
   Las Vegas, Nevada 89102
6  Telephone: (702) 474-7229
7  Facsimile:  (702) 474-7237
   email:  admin@sdlawoffice.net
8  Attorneys for Defendants

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>           Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>           Defendants. | CASE NO.:  2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER** |

Plaintiff and Defendants, by and through their undersigned counsel, stipulate to the following:

1) Jay D. Roberts was 100% liable for the October 16, 2012 motor vehicle accident for failing to use due care;

2) Because Mr. Roberts was in the course and scope of his employment with FujiFilm North America Corporation at the time of the October 16, 2012 motor vehicle accident; FujiFilm is 100% liable as well;

3) Plaintiff's Cause of Action for Negligence Per Se is hereby dismissed with prejudice and Paragraph Nos. 13 and14 are stricken from the Complaint;

1

4) Plaintiff's Third Cause of Action (Negligent Entrustment / Joint & Several Liability / Agency) is dismissed with prejudice and stricken from the Complaint;

5) As to the dismissals, each party will bear their own fees and costs; and

6) The case against Mr. Roberts and FujiFilm will go forward on the issues of causation and damages only.

Dated this 22nd day of February, 2016.

/s/ Anthony L. Ashby
RAMZY LADAH, ESQ.
Nevada Bar No.: 011405
ANTHONY L. ASHBY, ESQ.
Nevada Bar No.: 004911
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101
T: 702-252-0055
F: 702-248-0055
*Attorneys for Plaintiff*

Dated this 22nd day of February, 2016.

/s/ Michael Hottman
BRUCE SCOTT DICKINSON
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
2820 West Charleston Boulevard, Suite 19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
Email: admin@sdlawoffice.net
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** February 24, 2016.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

///
///
///
//
///
///
///
///

2

Submitted by:

STEPHENSON & DICKINSON, P.C.

_Michael Hottman_
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
_email: admin@sdlawoffice.net_
Attorneys for Defendants