BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.:  2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER<br>TO DISMISS PLAINTIFF'S CLAIM<br>FOR FUTURE LOST WAGES AND<br>LOSS OF EARNING CAPACITY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MUHAMMAD IMRAN, and Defendants, JAY D. ROBERTS and FUJIFILM NORTH AMERICA CORPORATION, by and through their respective attorneys of record, that in lieu of Defendants filing a Partial Motion for Summary Judgment, Plaintiff dismisses his claim for future lost wages and

/ / /

/ / /

/ / /

/ / /

1

loss of earning capacity with prejudice.

Dated this 17 day of March, 2016

STEPHENSON & DICKINSON

By: ___/s/ Jacquelyn M. Franco_____
    BRUCE SCOTT DICKINSON, ESQ.
    Nevada Bar No.: 002297
    MICHAEL E. HOTTMAN, ESQ.
    Nevada Bar No.: 008501
    JACQUELYN M. FRANCO, ESQ.
    Nevada Bar No. 13484
    2820 West Charleston Blvd., Suite B-19
    Las Vegas, NV 89102
    P: 702- 474-7229
    F: 702-474-7237
    *Attorneys for Defendants*

Dated this 17 day of March, 2016

LADAH LAW FIRM

By: ___/s/ Anthony Ashby_____
    RAMZY LADAH, ESQ.
    Nevada Bar No.: 011405
    ANTHONY ASHBY, ESQ.
    Nevada Bar. No.: 004911
    517 S. Third Street
    Las Vegas, NV 89101
    P: 702-252-0055
    F: 702-248-0055
    *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 26th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

STEPHENSON & DICKINSON

By: ___/s/ Jacquelyn M. Franco_____
    BRUCE SCOTT DICKINSON, ESQ.
    Nevada Bar No. 002297
    MICHAEL HOTTMAN, ESQ.
    Nevada Bar No. 008501
    JACQUELYN M. FRANCO, ESQ.
    Nevada Bar No. 13484
    2820 West Charleston Boulevard, Suite B-19
    Las Vegas, Nevada 89102
    P: (702) 474-7229
    F: (702) 474-7237
    email: admin@sdlawoffice.net
    *Attorneys for Defendants*