BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>                Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | CASE NO.: 2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL ORDER DEADLINE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by Defendants JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION ("Fujifilm"); and Plaintiff MUHAMMED IMRAN, by and through their undersigned counsel, that the current Pretrial Order deadline of May 13, 2016 be continued until August 1, 2016.

The reason for the continuance is that the parties have agreed to mediate, The mediation is scheduled for July 13, 2016 with Greg Hafen, Esq.

///

///

///

1

Because the current deadline was approved by the Court on May 2, 2016 (Document No. 34), the presumptive 21-day deadline extension deadline had already passed which the parties submit constitutes excusable neglect.

| | |
|---|---|
| DATED this 13th day of May, 2016. | DATED this 13th day of May, 2016. |
| /s/ Michael Hottman | /s/ Anthony Ashby |
| BRUCE SCOTT DICKINSON | RAMZY LADAH, ESQ. |
| Nevada Bar No. 002297 | Nevada Bar No.: 011405 |
| MICHAEL E. HOTTMAN, ESQ. | ANTHONY ASHBY, ESQ |
| Nevada Bar No.: 008501 | Nevada Bar No.: 004911 |
| STEPHENSON & DICKINSON | LADAH LAW FIRM |
| 2820 W. Charleston Blvd., Suite 19 | 517 S. Third Street |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89101 |
| P: 702-474-7229 | T: 702-252-0055 |
| F: 702-474-7237 | F: 702-248-0055 |
| *Attorney for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

It is so ordered.

DATED this 16th day of May, 2016.

_____
U.S. MAGISTRATE JUDGE

2