BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUHAMMAD IMRAN,<br><br>  Plaintiff,<br><br>vs.<br><br>JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:14-cv-01532-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DIMISSAL ORDER** |

On August 2, 2016, the parties filed a Notice of Change of Status, (Document No. 38), advising the Court that this case had settled. The Court subsequently ordered that the Stipulation and Order for Dismissal be filed on or before September 2, 2016.

The parties respectfully request that the Court extend the time to file the dismissal to October 7, 2016.

/ / /

/ / /

1

The reason additional time is needed is two-fold.  First, Plaintiff has had difficulty resolving his medical liens.  Thus, additional time is necessary in order for him to complete negotiations and finalize the settlement.  Second, Plaintiff's counsel has been in trial, and unavailable,

Therefore the parties request that the Court grant an extension until October 7, 2016.

| | |
|---|---|
| Dated this 2nd day of September, 2016. | Dated this 2nd day of September, 2016. |
| /s/ Bruce Scott Dickinson | /s/ Anthony Ashby |
| BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No.: 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 West Charleston Blvd., Suite B-19<br>Las Vegas, NV  89102<br>T: 702-474-7229<br>F: 702-474-7237<br>*Attorney for Defendants* | ANTHONY ASHBY, ESQ.<br>Nevada Bar. No.: 004911<br>LADAH LAW FIRM<br>517 S. Third Street<br>Las Vegas, NV 89101<br>T: 702-252-0055<br>F: 702-248-0055<br>*Attorneys for Plaintiff* |

## ORDER

DATED September 7, 2016.

*(signature)*
UNITED STATES DISTRICT JUDGE