1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  JACQUELYN M. FRANCO, ESQ.
   Nevada Bar No. 13484
4
5  **STEPHENSON & DICKINSON, P.C.**
   2820 West Charleston Boulevard, Suite B-19
6  Las Vegas, Nevada 89102
   Telephone: (702) 474-7229
7  Facsimile: (702) 474-7237
   *email: admin@sdlawoffice.net*
8  Attorneys for Jay D. Roberts and
   Fujifilm North American Corporation
9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13  MUHAMMAD IMRAN,                        | CASE NO.:  2:14-cv-01532-JCM-NJK

14                    Plaintiff,

15

16  vs.

17  JAY D. ROBERTS; FUJIFILM NORTH         | **STIPULATION AND ORDER TO EXTEND**
    AMERICA CORPORATION; DOES I through    | **DEADLINE FOR FILING DISMISSAL**
18  X, inclusive and ROE BUSINESS ENTITIES I | **ORDER (Second Request)**
    through X, inclusive,
19

20                    Defendants.

21

22       On August 2, 2016, the parties filed a Notice of Change of Status, (Document No. 38),

23  advising the Court that this case had settled.  The Court subsequently ordered that the Stipulation and

24  Order for Dismissal be filed on or before September 2, 2016.  The filing deadline was then extended

25  to October 7, 2016.

26       The parties respectfully request that the Court extend the time to file the dismissal to

27  November 30, 2016.

28  / / /

                                        1

1    The reason additional time is needed is two-fold.  First, because Plaintiff has had difficulty

2    resolving his medical liens; he is deciding whether to interplead the funds.  Second, a question has

3    arisen whether Medicaid paid for any of Mr. Imran's medical treatment, until this question is

4    resolved, and arrangements made for payment, if necessary, the settlement cannot be finalized.

5    Thus, additional time is necessary in order for Plaintiff to complete his negotiations and for

6    the parties to finalize the settlement.  Therefore, the parties request that the Court grant an extension

7    until November 30, 2016.

| | |
|---|---|
| Dated this 7th day of October, 2016. | Dated this 7th day of October, 2016. |
| */s/ Michael Hottman* | */s/ Anthony Ashby* |
| BRUCE SCOTT DICKINSON, ESQ. | ANTHONY ASHBY, ESQ. |
| Nevada Bar No.: 002297 | Nevada Bar. No.: 004911 |
| MICHAEL E. HOTTMAN, ESQ. | LADAH LAW FIRM |
| Nevada Bar No.: 008501 | 517 S. Third Street |
| JACQUELYN M. FRANCO, ESQ. | Las Vegas, NV 89101 |
| Nevada Bar No.: 13484 | T:  702-252-0055 |
| STEPHENSON & DICKINSON | F:  702-248-0055 |
| 2820 West Charleston Blvd., Suite B-19 | anthony@ladahlaw.com |
| Las Vegas, NV  89102 | *Attorneys for Plaintiff* |
| T:  702-474-7229 | |
| F:  702-474-7237 | |
| admin@sdlawoffice.net | |
| *Attorney for Attorneys for Jay D. Roberts and* | |
| *Fujfilm North American Corporation* | |

**ORDER**

**It is so ordered** October 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

2