BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MUHAMMAD IMRAN, | CASE NO.: 2:14-cv-01532-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | |
| JAY D. ROBERTS; FUJIFILM NORTH AMERICA CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Muhammad Imran and Defendants, Jay D. Roberts and Fujifilm North America Corporation, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice.

///

///

///

///

///

1

Each party to bear their own costs and fees.

Dated this 16th day of December, 2016      Dated this 29th day of November, 2016

By:   /s/ Michael Hottman      By:   /s/ Anthony Ashby
BRUCE SCOTT DICKINSON, ESQ.      ANTHONY ASHBY, ESQ.
Nevada Bar No.: 002297      Nevada Bar No.: 004911
MICHAEL E. HOTTMAN, ESQ.      RAMZY LADAH, ESQ.
Nevada Bar No.: 008501      Nevada Bar No.: 011405
STEPHENSON & DICKINSON      LADAH LAW FIRM
2820 West Charleston Blvd., Suite B-19      517 S. Third Street
Las Vegas, NV 89102      Las Vegas, NV 89101
T: 702- 474-7229      T: 702-252-0055
F: 702-474-7237      F: 702-248-0055
*Attorneys for Defendants*      *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** December 19, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

2